

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | Mag. Case Number: '07 MJ 2444 |
| Plaintiff,          ) | |
| ) | COMPLAINT FOR VIOLATION OF |
| v.          ) | |
| ) | Title 21, U.S.C., Secs. 952 and 960 |
| Juan Carlos HERNANDEZ          ) | Importation of Marijuana |
| ) | |
| Defendant.          ) | |

The undersigned complainant being duly sworn states:

### Count 1

On October 12th, 2007, within the Southern District of California, defendant HERNANDEZ did knowingly and intentionally import approximately 213.90 kilograms of marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

And the complainant states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
Special Agent, U. S. Immigration & Customs Enforcement (ICE)

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 12th DAY OF, OCTOBER 2007.

_____
MAGISTRATE JUDGE

STATEMENT OF FACTS

On October 12, 2007, Juan Carlos HERNANDEZ-Ramos entered the United States from the Republic of Mexico at the San Ysidro Port of Entry, San Diego, CA. HERNANDEZ was the driver and sole occupant of a white Ford E-350 Cargo Truck bearing BAMX/BM85750 & CAUS/8J94309. United States Customs & Border Protection (CBP) Canine Enforcement Officer (CEO) Smithson & Anti-Terrorism Contraband Enforcement Team (ATCET) Officer Jerry Vales was assigned to Pre-primary Enforcement Operations. CBPO Vales targeted a white Ford E-350 cargo truck on lane twenty-four (24). CBPO Vales approached the vehicle and made contact with HERNANDEZ. When asked, HERNANDEZ gave a negative Customs declaration, was en route to Spring Valley, Ca and stated that the back cargo area was not open and gave CBPO Vales the keys to the cargo area. CBPO Vales was opening the cargo area, when CEO Smithson told CBPO Vales that the Narcotics Detector Dog (NDD) "Echo" alerted to the corners of the container. CBPO Vales noticed a space discrepancy in the roof area of the vehicle and escorted the vehicle to the secondary inspection area. CBPO Vales escorted the vehicle to the x-ray area and the vehicle was scanned. CBPO Hernandez told CBPO Vales that there was an anomaly in the roof of the vehicle. CBPO Vales handcuffed HERNANDEZ and escorted him to the secondary inspection security office, where a pat down was conducted with negative results.

Upon further inspection of the vehicle, forty-four (44) packages were discovered inside a compartment in the roof of the vehicle. The packages contained approximately 470.58 pounds (213.90 kilograms) of a green leafy substance, which field-tested presumptively positive for marijuana.

Post-Miranda, HERNANDEZ waived his Constitutional Rights and stated that he was told the vehicle contained marijuana, a payment of $1500.00 USD and to was to receive delivery

instructions while driving north on Interstate Five (5) North, after crossing the border. HERNANDEZ was arrested and charged with violations of Title 21 USC sections 952 & 960, Importation of Marijuana.