NOV 15 2007

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 07CR3112-BEN |
| Plaintiff, | ) | I N F O R M A T I O N |
| v. | ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of Marijuana (Felony) |
| JUAN CARLOS HERNANDEZ-RAMOS, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about October 12, 2007, within the Southern District of California, defendant JUAN CARLOS HERNANDEZ-RAMOS, did knowingly and intentionally import 100 kilograms or more, to wit: approximately 213.90 kilograms (approximately 470.58 pounds) of Marijuana, a Schedule I Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: 11/15/07    .

KAREN P. HEWITT
United States Attorney

JOSEPH J.M. ORABONA
Assistant U.S. Attorney

JJO:jam:San Diego
10/29/07