1  **KAREN STEVENS**
Attorney at Law
2  California Bar No. 110009
105 W. "F" Street
3  San Diego, California 92101
Telephone No. (619) 239-8553
4  Facsimile No. (619) 239-0056

5  Attorney for Defendant:
**JUAN HERNANDEZ-RAMOS**
6

7
**UNITED STATES DISTRICT COURT**
8
**SOUTHERN DISTRICT OF CALIFORNIA**
9

10 | UNITED STATES OF AMERICA, ) CASE NO. 07CR3112-BEN
                              )
11 |         Plaintiff,         ) Date: October 11, 2007
   | vs.                       )
12 |                           ) **JOINT MOTION TO CONTINUE**
   | JUAN HERNANDEZ-RAMOS,     ) **SENTENCING HEARING**
13 |                           )
   |         Defendant.        )
14 |_____)

15

16
    IT IS HEREBY STIPULATED and agreed, by and between the defendant, JUAN
17
HERNANDEZ-RAMOS, by and through his attorney, Karen M. Stevens, and the plaintiff, United
18
States of America, through its counsel, the undersigned Assistant United States Attorney, to
19
continue defendant's Sentencing hearing in the above-entitled case before the Honorable Roger T.
20
Benitez, United States District Court Judge, from February 19, 2008, at 9:00 a.m., to April 1, 2008,
21
at 9:00a.m.
22
    The parties agree this requested continuance is appropriate, and in the furtherance of justice.
23
    **SO STIPULATED AND AGREED.**
24

25
Dated: February 14, 2008                        S/KAREN M. STEVENS
26

27
Dated: February 14, 2008                        S/CHARLOTTE KAISER
28     .

### **CERTIFICATE OF SERVICE**

Counsel for defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served this day upon:

**Charlotte.kaiser@usdoj.gov**

Charlotte.kaiser@doj.gov

Dated: February 14, 2008                              S/KAREN M. STEVENS
                                                                         KAREN M. STEVENS
                                                                         Attorney for Defendant
                                                                         JUAN HERNANDEZ-RAMOS

/